UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLTON LEE CURRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a/k/a WELLS FARGO HOME MORTGAGE, successor by merger to WACHOVIA BANK, a/k/a WORLD SAVINGS BANK, et al.,<br><br>　　　　　　Defendants. | No.  2:14-1311 TLN CKD PS<br><br><br>ORDER |

　　　　The motion to dismiss filed by defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB came on regularly for hearing on July 30, 2014. Plaintiff Charlton Lee Curry appeared in propria persona. Melissa Coyle appeared via telephone for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

/ / /

/ / /

/ / /

1

1. By August 4, 2014, defendant shall file a supplemental brief on the issue of judicial estoppel with respect to plaintiff's bankruptcy case <u>In re: Charlton Lee Curry</u>, Eastern District of California Bankruptcy Court Case No. 10-49590.

2. By August 18, 2014, plaintiff shall file his opposition, if any, to defendant's supplemental brief.

3. Defendant's reply brief is due by August 25, 2014. Thereafter the matter shall stand submitted.

Dated: July 31, 2014

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 curry.oah